ACCEPTED
04-15-00350-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/6/2015 6:35:06 PM
KEITH HOTTLE
CLERK

No. 04-15-00350-CV

IN THE COURT OF APPEALS FOR THE
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS
————————

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/6/2015 6:35:06 PM
KEITH E. HOTTLE
Clerk

JACK RETTIG,
APPELLANT,

V.

RONALD E. BRUNO; CHRISTOPHER GARCIA; SERGIO LOPEZ; PATRICK G. MENDOZA; TROY J. WILLIAMS,
APPELLEES.
————————

## APPELLEE PATRICK G. MENDOZA'S RESPONSE TO MOTION TO ABATE APPEAL

Lance H. "Luke" Beshara
Texas State Bar No. 24045492
lbeshara@pulmanlaw.com
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
Brandon L. Grubbs
Texas State Bar No. 24072130
bgrubbs@pulmanlaw.com
PULMAN, CAPPUCCIO,
PULLEN, BENSON & JONES, LLP
2161 N.W. Military Hwy., Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

ATTORNEYS FOR APPELLEE PATRICK G. MENDOZA

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Now comes Appellee Patrick G. Mendoza ("**Mendoza**") and files this Motion to Response to Motion to Abate Appeal, and in support thereof would respectfully show the Court as follows:

Pursuant to Tex. R. App. P. 9.7, Mendoza adopts by reference Appellee Christopher Garcia's Response to Motion to Abate Appeal as though set forth fully herein. Mendoza opposes abatement of this appeal.

## PRAYER

**WHEREFORE**, Mendoza prays that this motion be denied, and Mendoza be awarded all such other and further relief, both general and special, at law or in equity, to which he may be entitled.

Respectfully submitted,

**PULMAN, CAPPUCCIO,
PULLEN, BENSON & JONES, LLP**
300 Burnett Street, Suite 150
Fort Worth, Texas 76102
(817) 289-9494 Telephone
(817) 870-9852 Facsimile
By: */s/ Lance H. "Luke" Beshara*
Lance H. "Luke" Beshara
Texas State Bar No. 24045492
lbeshara@pulmanlaw.com
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
Brandon L. Grubbs
Texas State Bar No. 24072130
bgrubbs@pulmanlaw.com
**ATTORNEYS FOR APPELLEES**

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of July, 2015, the foregoing document was e-filed with the Clerk of the Fourth Court of Appeals and was served by mail or by email or e-service as indicated below, upon the following:

>*Via E-File Service*:
>Audrey Mullert Vicknair
>LAW OFFICE OF AUDREY MULLERT VICKNAIR
>802 N. Carancahua, Suite 1350
>Corpus Christi, Texas 78401-0022
>
>*Via E-File Service*:
>C.M. "Skip" Henkel III
>FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
>500 N. Shoreline, Suite 901
>Corpus Christi, Texas 78401
>
>*Via E-File Service*:
>Jana K. Terry
>BECKSTEAD TERRY, PLLC
>9442 N. Capital of Texas Highway
>Arboretum Plaza One, Suite 500
>Austin, Texas 78759
>
>*Via E-File Service*:
>Carlos Evaristo Flores
>PERSON, WHITWORTH, BORCHERS & MORALES, LLP
>602 E. Calton Road, 2nd Floor
>P.O. Drawer 6668
>Laredo, Texas 78042-6668
>
>*Via USPS Mail*:
>Ronald E. Bruno
>2838 Woodside Street
>Dallas, Texas 75204

***<u>Via USPS Mail</u>***:
Troy J. Williams
6150 Deer Run Circle
Sandia, Texas 78383


                                   ***<u>/s/ Lance H. "Luke" Beshara</u>***
                                   Lance H. "Luke" Beshara